# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0157. RICKY BLOUNT v. STATE OF GEORGIA.**

On August 8, 2018, the trial court entered an order for judgment of forfeiture and disposition of property pursuant to OCGA § 16-13-49, finding that property owned by Ricky Blount was subject to forfeiture. On November 6, 2023, Blount, a prison inmate proceeding pro se, filed, in this Court, a document seeking an "out-of-time appeal" to challenge the August 8, 2018 order, which was docketed as an application for discretionary appeal. However, we lack jurisdiction because the application is untimely.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The filing deadline is jurisdictional, and this Court is unable to accept an untimely application. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). As this application was filed more than five years after entry of the forfeiture order, it is untimely. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/20/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk.